COOLEY LLP
JOHN W. CRITTENDEN (101634) (jcrittenden@cooley.com)
CHANTAL Z. HWANG (275236) (chwang@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:      (415) 693-2000
Facsimile:      (415) 693-2222

Attorneys for Defendant
Forage, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORAGESF LLC, FORAGE KITCHENS, LLC, and FORAGE KITCHEN OAKLAND, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FORAGE, INC.,<br><br>Defendant. | Case No.  5:14-cv-04939-RMW<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO THE INITIAL COMPLAINT**<br><br>[N.D. Cal. Civil L.R. 6-1(a)] |

Whereas ForageSF LLC, Forage Kitchens, LLC, and Forage Kitchen Oakland, LLC (collectively "Plaintiffs") have filed with the Court a certificate of service stating that defendant Forage, Inc. ("Defendant") was served with the Summons and Complaint in this action on November 14, 2014, which would make Defendant's response to the Complaint due on December 5, 2014;

Whereas Defendant retained counsel on or about December 8, 2014;

Whereas, to avoid an entry of default against the Defendant, the Parties' respective counsel have agreed to stipulate to an extension of time until December 15, 2015 for Defendant to answer or otherwise respond to the Complaint;

Whereas, this extension of time will not alter the date of any event or any deadline already fixed by Court Order; and

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

112441386

1.

STIPULATION TO EXTEND TIME TO RESPOND TO
THE INITIAL COMPLAINT
5:14-CV-04939-RMW

Whereas, this Stipulation is effective without Court Order pursuant to N.D. Cal. Civil L.R. 6-1(a).

NOW, THEREFORE, pursuant to L.R. 6-1(a), it is hereby agreed and stipulated, by and between counsel for the Plaintiffs and counsel for the Defendant, that Defendant shall have until and including December 15, 2014 to answer or otherwise respond to Plaintiffs' Complaint.

Dated: December 9, 2014

John W. Crittenden (101634)
Attorneys for Defendant Forage, Inc.

Dated: December 9, 2014

/s/ Matthew S. Warren
Matthew S. Warren (230565)
Attorneys for Plaintiffs ForageSF LLC, Forage Kitchens, LLC, and Forage Kitchen Oakland, LLC

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, the undersigned attests that all parties have concurred in the filing of this Stipulation to Extend Time to Respond to the Initial Complaint.

Dated: December 9, 2014

John W. Crittenden (101634)
Attorneys for Defendant Forage, Inc.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

112441386

2.

STIPULATION TO EXTEND TIME TO RESPOND TO THE INITIAL COMPLAINT
5:14-CV-04939-RMW