1  WARREN LEX LLP
   Matthew S. Warren (Cal. Bar No. 230565)
2  Erika H. Mayo (Cal. Bar No. 295570)
   2261 Market Street, No. 606
3  San Francisco, California, 94114
   14-4939@cases.warrenlex.com
4  +1 (415) 895-2940
   +1 (415) 895-2964 facsimile
5
   *Attorneys for Plaintiffs*
6

COOLEY LLP
JOHN W. CRITTENDEN (101634)
CHANTAL Z. HWANG (275236)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
jcrittenden@cooley.com
chwang@cooley.com
(415) 693-2000
(415) 693-2222 facsimile

*Attorneys for Defendant*

7

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

12  FORAGESF LLC, FORAGE KITCHENS,
    LLC, and FORAGE KITCHEN OAKLAND,
13  LLC,

14              Plaintiffs,

15       v.

16  FORAGE, INC.,

17              Defendant.

18

CASE NO. 14-4939-RMW

**JOINT STIPULATION
AND [] ORDER
EXTENDING TIME TO RESPOND
TO THE INITIAL COMPLAINT**

**[Civil Local Rule 6-2]**

19

20       Under Civil Local Rule 6-2, Plaintiffs ForageSF LLC, Forage Kitchens, LLC, and Forage

21  Kitchen Oakland, LLC ("Plaintiffs") and Defendant Forage, Inc. ("Defendant") (collectively with

22  Plaintiffs, "the Parties") stipulate and jointly request that the Court continue the deadline for

23  Defendant's response to the Complaint, as follows:

24       WHEREAS, on December 9, 2014, to avoid an entry of default against the Defendant,

25  Defendant requested and Plaintiffs agreed to stipulate to an extension of time for Defendant to

26  answer or otherwise respond to the Complaint until December 15, 2015 (Docket No. 16);

27       WHEREAS, on December 10, 2014, the Parties commenced settlement discussions;

28

No. 14-4939-RMW

1    WHEREAS, on December 11, 2014, to facilitate their settlement discussions, Defendant

2  requested and Plaintiffs agreed to stipulate to an extension of time for Defendant to respond to the

3  Complaint until January 5, 2016 (Docket No. 16);

4    WHEREAS, on December 31, 2014, the parties and their counsel met in person to discuss

5  settlement, and reached a settlement in principle;

6    WHEREAS, to facilitate preparation of a written settlement agreement, the Parties hereby

7  agree, under Civil Local Rule 6-2(a), to extend further Defendant's time to respond to the

8  Complaint until and including January 16, 2015;

9    WHEREAS, the Parties do not expect that the requested extension will impact or alter the

10  date of any event or deadline already fixed by Court Order;

11    THE PARTIES HEREBY STIPULATE and jointly request that the Court extend the

12  January 5, 2015 deadline to respond to the Complaint until and including January 16, 2015.

13

14  Date:   January 5, 2015          Respectfully submitted,

15                                   WARREN LEX LLP

16

17                                   Matthew S. Warren
                                     *Attorneys for ForageSF LLC, Forage Kitchens, LLC, and*
18                                   *Forage Kitchen Oakland, LLC.*

19

20                                   COOLEY LLP

                                     /s/ John W. Crittenden
21                                   John W. Crittenden
                                     *Attorneys for Forage, Inc.*
22

23

24  Date:   _____, 2015             AS STIPULATED, IT IS SO ORDERED.

25

26                                   _____
                                     Honorable Ronald M. Whyte
27                                   United States District Judge

28

-2-                                              No. 14-4939-RMW
STIPULATION AND ORDER EXTENDING TIME TO RESPOND